# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTOPHER SANTIAGO-MARTINEK,

    Plaintiff,

v.   Case No. 6:24-cv-104-JA-EJK

SIMPLIVERIFIED, LLC,

    Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been completely settled. (Doc. 24).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within forty-five days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

DONE and ORDERED in Orlando, Florida, on May 16, 2024.

                                    JOHN ANTOON II
                                United States District Judge

Copies furnished to:
Counsel of Record